UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-13 |
| | ) | |
| MARC K. SKEEN | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 10, 2010. [Doc. 29]. The Magistrate Judge recommends that the defendant's motion to suppress be denied. The defendant has filed an objection to this report. [Doc. 32].

After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress, the response of the government, the transcript of the hearing held on June 10, 2010, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is

**ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 22].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE